UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

Case Number: SEE ATTACHED LIST
Chapter 13

IN RE:  Change of Address

OMNIBUS NOTICE OF CHANGE OF ADDRESS

The undersigned hereby requests that the address and notices in this case be changed, and in support there for states as follows:

1. That he has two distinct offices which operate independently of each other.

2. That he has a different ECF log in for each location.

3. The following listed cases are being transferred to and will be maintained by his 8501 Mayland Drive, Suite 106, Henrico County, VA address.

4. That following address is the address to which all notices in these cases should be sent:

    8501 Mayland Drive, Suite 106, Henrico County, VA 23294
    Primary Email address:  2debtlawgroup@gmail.com

5. That the following address should be TERMINATED from these cases:

    2312 Boulevard Colonial Heights, VA 23834
    Primary Email address: southsidedebtlawgroup@gmail.com

Dated:   August 10, 2015

                              Respectfully submitted,
                              By: /s/ Richard J. Oulton
                              Richard J. Oulton, VSB#29640
                              America Law Group, Inc.
                              8501 Mayland Drive, Suite 106
                              Henrico, VA 23294
                              Phone: (804) 308-0051

CASES:

| | |
|---|---|
| 12-32953-KLP | Crystal Y. Harris |
| 12-30483-KRH | Sylvester William Hill and Brandi Crone Hill |
| 12-30043-KRH | Connie Lee Morris |
| 13-30378-KLP | Michael K. Rybak |
| 12-33215-KRH | Donna Winfrey Wynn |